LANGFORD *et al. v.* SALTER *et al.*

GILBERT, J. 1. Where counsel acknowledges service upon a bill of exceptions, such acknowledgment shall be held to be a complete waiver of all defects in the service which the counsel signing it is legally competent to waive, unless counsel in the entry of acknowledgment distinctly and specifically states that it is not to be construed as waiving some particular defect then pointed out by him. Acts 1911, p. 150, sec. 4. The ruling in *Inman* v. *Estes,* 104 *Ga.* 645 (30 S. E. 800), is superseded by the act just cited. The motion to dismiss the bill of exceptions is therefore overruled.

2. The allegations in the petition are sufficient to set out a continuing trespass; and therefore the court erred in sustaining the general demurrer. *Martin* v. *Pattillo,* 126 *Ga.* 436 (55 S. E. 240).

*Judgment reversed. All the Justices concur.*
NOVEMBER 16, 1916.

Equitable petition. Before Judge Searcy. Upson superior court. November term, 1915.

*J. Y. Allen* and *Claude Worrill,* for plaintiffs.

*Robert L. Berner,* for defendants.